IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>        v.<br><br>HOMER TYRONE CLAY,<br><br>                     Defendant. | Case No. 6:17-cr-00286-MC<br><br>ORDER GRANTING UNOPPOSED MOTION TO REDUCE SENTENCE |

McSHANE, United States District Court Judge:

This matter is before the Court on the Mr. Clay's unopposed motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served. Defendant is to be released to the Salvation Army in Portland until placement is available at Sponsors. All other terms and conditions of supervised release shall remain in full force and effect.

The Court concludes that the defendant's release pursuant to this order is consistent with any currently applicable U.S. Sentencing Commission policy statements. The Court therefore GRANTS the Unopposed Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

IT IS FURTHER ORDERED that Defendant shall be released to the Salvation Army in Portland immediately.

Dated this __12th__ day of August, 2022.

                                                              _____
                                                              Hon. Michael J. McShane
                                                              United States District Judge

Submitted by:

*s/ Kimberly-Claire E. Seymour*
Kimberly-Claire E. Seymour
Assistant Federal Public Defender

*s/ William M. McLaren*
William M. McLaren
Assistant U.S. Attorney